# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2418
Lower Tribunal No. 15-13270
_____

**Florida Peninsula Insurance Company,**
Appellant,

vs.

**Carol Rozier,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Kelley Kronenberg, and Kimberly J. Fernandes (Tallahassee), for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Perry & Neblett, P.A., and David A. Neblett and James M. Mahaffey, for appellee.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.